946 A.2d 92

Joseph PILCHESKY, Appellant

v.

Edward RENDELL, Governor; State Senator Robert Mellow, Democratic Caucus Leader, Representative WM. Deweese, House Majority Leader; PA. State Senate President Pro Tempore, Joseph Scarnati; House of Representatives Speaker of The House, Dennis O'Brien; City Counsel of the City of Scranton; Mayor Chris Doherty of City of Scranton; The University of Scranton, Inc., Appellees.

Supreme Court of Pennsylvania.

April 30, 2008.

474

*ORDER*

PER CURIAM.

AND NOW, this 30th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED.**